UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3224

MIGUEL ANTONIO MIRAMBEAUX,
Petitioner

VS.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA

(A074-948-774)

Present:  MCKEE, BIBAS and FUENTES, Circuit Judges

1.  Respondent's Motion to Publish Opinion.

Respectfully,
Clerk/sb

_____ORDER_____
The foregoing motion to publish opinion is granted


By the Court,

s/Julio M. Fuentes
Circuit Judge

Dated: October 2, 2020
Sb/cc:  All Counsel of Record